1  PATRICK T. CONNOR, Bar No. 89136
   Email: pconnor@deconsel.com
2  MARGARET R. GIFFORD, Bar No. 118222   JS 6
   Email: mgifford@deconsel.com
3  members of
   DeCARLO, CONNOR & SHANLEY,
4  a Professional Corporation
   533 South Fremont Avenue, Ninth Floor
5  Los Angeles, California  90071-1706
   Telephone (213) 488-4100
6  Telecopier (213) 488-4180

7  Attorneys for Plaintiffs, SOUTHERN CALIFORNIA
   LUMBER INDUSTRY RETIREMENT FUND; SOUTHERN
8  CALIFORNIA LUMBER INDUSTRY WELFARE FUND;
   and BOARD OF TRUSTEES FOR THE SOUTHERN CALIFORNIA
9  LUMBER INDUSTRY RETIREMENT FUND and SOUTHERN
   CALIFORNIA LUMBER INDUSTRY WELFARE FUND

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND; SOUTHERN CALIFORNIA LUMBER INDUSTRY WELFARE FUND; and BOARD OF TRUSTEES FOR THE SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND and SOUTHERN CALIFORNIA LUMBER INDUSTRY WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> SINICROPE AND SONS, INC., a California corporation, also doing business as SINICROPE & SONS INC., and as SINICROPE & SONS; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 10-4656 DSF (SSx) <br><br> ORDER PURSUANT TO STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED <br><br> Before The Honorable <br> Dale S. Fischer |

///

///

///

**O R D E R**

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this matter be dismissed, without prejudice, as to SINICROPE AND SONS, INC., a California corporation, also doing business as SINICROPE & SONS INC., and as SINICROPE & SONS, pursuant to settlement; that this court retain jurisdiction over this action through and including October 31, 2011 to permit this action to be reopened upon Ex Parte Application and upon good cause shown, if settlement is not consummated.

Dated: 11/5/10

*/s/ Dale S. Fischer*
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY,
a Professional Corporation

By: /s/ Margaret R. Gifford   11/4/10
   MARGARET R. GIFFORD
Attorneys for Plaintiffs,
SOUTHERN CALIFORNIA LUMBER INDUSTRY
RETIREMENT FUND; SOUTHERN CALIFORNIA
LUMBER INDUSTRY WELFARE FUND
and BOARD OF TRUSTEES

USDC Case No. CV 10-4656 DSF (SSx)